DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

3 MAY 2017

| | | | |
|---|---|---|---|
| 080P17 | State v. Samuel Allen Taylor | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |
| | | 3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 3. Allowed |
| 082P17 | State v. Michael Sheridan | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Wake County | Denied |
| 084P17 | In the Matter of S.C.H. and J.A.H., Jr. | Respondent-Father's PDR Under N.C.G.S. § 7A-31 | Denied |
| 086P17 | State v. Tara May Frazier | State's PDR Under N.C.G.S. § 7A-31 (COA16-449) | Denied |
| 090P17 | State v. Gregory Monroe | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 092P17 | State v. Samuel Baker | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA16-645) | Denied |
| 093P17 | State v. Henry Arthur Little | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA16-480) | 1. — |
| | | 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed **Ervin, J., recused** |
| 094P17 | State v. Edward Charles Green | Def's *Pro Se* Motion for Voter Fraud Dismissal | Dismissed |
| 096P17 | State v. Darryll Douglas Clay | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA16-564) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 098P17 | State v. Almedeo Eugene Stewart | Def's PDR Under N.C.G.S. § 7A-31 (COA16-347) | Denied |
| 100P17 | State v. Christopher Jason Hudson | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA16-431) | Denied |
| 101P17 | State v. Caleb J. Lucky, III | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |